United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE NORTHBROOK INDEMNITY COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 26-cv-02654-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket No. 17

The parties filed a joint notice of settlement on November 2, 2026, stating that they have reached an agreement to settle this action and anticipate filing a dismissal once Plaintiff confirms receipt of the settlement funds. (Dkt. No. 17.) In light of the status report and settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: November 3, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge